UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 2:23-MJ- 177 |
| v. | ) | JUDGE WYRICK |
| | ) | |
| CLINTON CROSS PEREGOY CARR | ) | TO BE SEALED |

## MOTION TO SEAL

COMES NOW, the United States of America, by and through the United States Attorney for the Eastern District of Tennessee, and hereby moves to seal all documents in this case, including the Motion to Seal, until such time as the defendant has made an initial appearance before the court, at which time the file may be unsealed unless the court otherwise orders. The sealing of this file should not prevent disclosure of the complaint to duly authorized law enforcement officers or the United States Marshals for purposes of arrest or apprehension of the named defendant.

Respectfully submitted, this the 25th day of August, 2023.

FRANCIS M. HAMILTON, III
United States Attorney

By: *(signature)*
B. Todd Martin
Assistant U.S. Attorney
Bar No. 018785
220 West Depot Street, Ste. 423
Greeneville, Tennessee 37743
(423) 639-6759
Todd.Martin2@usdoj.gov