# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: *Initial Appearance on Complaint*

USA vs **Clinton Cross Peregoy Carr** Date: August 28, 2023

Case No. 2:23-mj-177　　　　Time 2:05 pm　to 2:14 pm

Honorable **CYNTHIA RICHARDSON WYRICK**, U.S. Magistrate Judge, Presiding

| Amanda Gunter | DCR | J. Gregory Bowman |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

| DEFENDANT | DEFENSE ATTORNEY |
|---|---|
| Clinton Cross Peregoy Carr | William Bell, Atty  Cody Knight |
| | provisionally retained |

**PROCEEDINGS:**　　Arrest Date: 08/28/23

- [x] Defendant sworn [x] Defendant found competent
- [x] Defendant advised of charges, penalties, and rights
- [x] Copy of complaint provided to defendant or counsel by the Clerk
- [ ] Financial affidavit executed [ ] Defendant found indigent
- [ ] Counsel present and appointed
- [ ] Counsel to be appointed [x] Counsel to be retained
- [ ] Agreement of government counsel to conditions of release Oral
- [x] motion by government for detention
- [x] Detention hearing: 08/31/2023 at 1:30 pm [x] Detention and Preliminary Hearing set.
- [ ] Arraignment/Scheduling or Preliminary Hearing set for
- [x] Defendant remanded to custody of US Marshal
- [ ] Defendant released
- [x] Orders to enter

I, Amanda Gunter, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file:
dcr_2-23-mj-177_20230828_140253

Case 2:23-mj-00177-CRW　Document 4　Filed 08/28/23　Page 1 of 1　PageID #: 14