UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **2:23-MJ-177** |
| v. | ) | |
| | ) | |
| CLINTON CROSS PEREGOY CARR., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

At Defendant's initial appearance on August 28, 2023, Defendant and counsel conferred, after which Defendant's counsel announced that Defendant wished to request preliminary and detention hearings. Detention and preliminary hearings are set before the undersigned on **Thursday, August 31, 2023, at 1:30 p.m.** Defendant's presence is REQUIRED.

Pending these hearings, Defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver

Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge