# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

### CRIMINAL MINUTES: *DETENTION HEARING*

USA vs **Clinton Cross Peregoy Carr** Date: August 31, 2023

Case No. 2:23-mj-177    Time 2:26 pm to 2:51 pm

Honorable **CYNTHIA RICHARDSON WYRICK**, U.S. Magistrate Judge, Presiding

| Amanda Gunter | DCR | B. Todd Martin |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

| DEFENDANT | DEFENSE ATTORNEY |
|---|---|
| Clinton Cross Peregoy Carr | Cody Knight/William Bell |

**PROCEEDINGS:**

- [x] Opening statements by the Court
- [x] Opening statements by counsel for [x] defendant; [x] government
- [ ] Agreement by government counsel to conditions of release
- [ ] Witness(es) sworn [ ] placed under rule
- [ ] Oral argument by [ ] government [ ] defendant
- [ ] Proof offered by [ ] government; [ ] defendant
- [x] Closing statements by [x] defendant; [ ] government
- [x] Findings from the bench
- [x] Defendant to be detained
- [x] Defendant remanded to custody of U.S. Marshal
- [ ] Bond and conditions of pretrial release set
- [ ] Defendant advised of penalties for violations of pretrial release
- [ ] Defendant remanded to custody for out-processing/pending completion of conditions
- [x] Order to enter

I, Amanda Gunter, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file: dcr_2-23-mj-177_20230831_141916